JAMES COUNIAS, as Administrator of the Estate of MICHAEL COUNIAS, Appellant, *v.* SARA C. THOMAS Respondent, Impleaded with Others.

(Submitted October 19, 1936; decided October 23, 1936.)

*Herman I. Lurie* for motion.

No one opposed.

Motion granted and appeal dismissed, without costs.